JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CIV 4221

| | |
|---|---|
| HUNTER'S MOON FARM, LLC | Plaintiff, |
| -v- | |
| FRANK MADDEN SHOW STABLE, LLC, and FRANK I. MADDEN | Defendant. |

Case No. _____

Rule 7.1 Statement

RECEIVED JUN 21 2011 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

HUNTER'S MOON FARM, LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 6/21/2011

Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf  SDNY Web 10/2007