UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HUNTER'S MOON FARM, LLC,

             Plaintiff,

    -against-

FRANK MADDEN SHOW STABLE, LLC,
and FRANK I. MADDEN,

             Defendants.

------------------------------------- x

11 Civ 4221 (LTS)

**ORDER TO SHOW CAUSE
FOR TEMPORARY
RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 9 JUN 2011

    Upon the accompanying Complaint; the Declaration of Jennifer Griffin dated June 23, 2011 together with the exhibits annexed thereto; the Declaration of Pearl Seril dated June 23, 2011 together with the exhibit annexed thereto; the accompanying Memorandum of Law in Support of Plaintiff's Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, dated June 28, 2011; and all other proceedings and submissions had herein, and for good cause having been shown, it is hereby

    **ORDERED** that Defendants Frank Madden Show Stable, LLC ("FMSS") and Frank I. Madden (collectively, "Defendants") shall show cause before the Honorable Laura Taylor Swain at Room 11C of the United States Courthouse, 500 Pearl Street, New York, New York, on July 27, 2011, at 9:30 o'clock in the AM thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining and restraining:

> Defendants, and all of Defendants' agents, employees and all persons acting in concert with Defendants, from competing against Hunter's Moon Farm in the New York counties of Kings, Queens, Nassau and Suffolk ("Long Island"), including but not limited to providing any equestrian services, such as training, boarding or coaching, or seeking to procure or accepting riders/clients from Long Island during the pendency of this action.

**IT IS FURTHER ORDERED** that, sufficient reason having been shown therefor, pursuant to Rule 65, pending the hearing and determination of Plaintiff's application for preliminary injunctive relief, Defendants, their agents, employees and all persons acting in concert with Defendants, are hereby temporarily restrained and enjoined from competing against Hunter's Moon Farm on Long Island, including but not limited to providing any equestrian services, such as training, boarding or coaching, or seeking to procure or accepting riders/clients from Long Island.

[handwritten: *Too denied.* / *security in the amount of $ _____ will be posted by _____*]

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause, together with all of the supporting papers upon which it is based, as well as the Summons and Complaint herein, made upon Defendants or their counsel by hand delivery or overnight delivery on or before July 2(?), 2011, shall be deemed good and sufficient service thereof; and

**IT IS FURTHER ORDERED** that answering papers, if any, shall be served upon counsel for the movant by hand delivery or overnight delivery on or before the 15th day of July, 2011.

**IT IS FURTHER ORDERED** that reply papers, if any, shall be served upon Defendants or their counsel by hand delivery or overnight delivery on or before the 22d day of July, 2011.

DATED: New York, New York
June 29, 2011

_____
United Stated District Judge