## KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

WRITER'S DIRECT DIAL NUMBER
212-506-1992

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO

July 13, 2011

VIA FACSIMILE with permission

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-0426

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 JUL 2011

**MEMO ENDORSED**

Re:   Hunter's Moon Farm v. Madden
      Case No. 11 Civ. 4221 (LTS) (FM)

Dear Judge Swain:

   We are counsel for Plaintiff in the above-referenced action and write to inform Your Honor that the parties have reached a settlement. The parties desire, subject to the Court's approval, that the settlement stipulation be so-ordered. A copy of the settlement stipulation executed by the parties is enclosed herewith. Assuming the Court is amenable, the parties plan to file a stipulation of dismissal as soon as the Court has so-ordered the enclosed settlement stipulation.

   In light of the settlement, the hearing on Plaintiff's motion for a preliminary injunction currently scheduled for July 27, 2011 will no longer be needed.

   We are available for a conference at the Court's convenience should Your Honor so desire, and the parties thank the Court for its time and attention.

Respectfully submitted

Dorit Ungar

cc:  Paul R. DeFilippo, Esq. (via email)

Enclosures

SO ORDERED.

NEW YORK, NY
July 18, 2011

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

*The settlement stipulation has been so-ordered. The hearing is cancelled and the Clerk of Court is requested to terminate docket entry no. 6.*