```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 21 JUL 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HUNTER'S MOON FARM, LLC,

       Plaintiff,

    -against-

FRANK MADDEN SHOW STABLE, LLC,
and FRANK I. MADDEN,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 Civ 4221 (LTS) (FM)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in the above-captioned action, that all claims asserted by Plaintiff against Defendants shall be and are hereby withdrawn and discontinued with prejudice, without costs to any party.

Dated: New York, New York
   July 2, 2011

KASOWITZ, BENSON, TORRES &
  FRIEDMAN LLP

By: _____
 Daniel P. Goldberg
 Dorit Ungar
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff

WOLLMUTH MAHER
 & DEUTSCH LLP

By: _____
 Paul R. DeFilippo
500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Defendants

SO ORDERED:

_____ NY NY July 21, 2011
U.S.D.J.